**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re: Earnest Winfree (deceased) &    Case No. 10-37290-KRH
      Dorothy Winfree    Chapter 13
            Debtors

### ORDER GRANTING MOTION TO WAIVE REQUIREMENT OF CERTIFICATION OF COMPLIANCE WITH 11 U.S.C. 1328 AND COMPLETION OF THE DEBTOR'S EDUCATION COURSE AS TO EARNEST WINFREE ON LY

This matter came upon the Motion for Waiver of the Requirement for Debtor's Certification of Compliance with 11 U.S.C. §1328 and completion of the Debtor's Education Course as to Earnest Winfree only; and

UPON CONSIDERATION WHEREOF, it appearing to the Court that cause exists to grant the relief sought in the Motion; and

It appearing that no creditors or parties in interest have filed or asserted any Objections to the Motion; it is, accordingly,

**ORDERED** that the requirement to complete the Debtor's Education Course is hereby waived as to Earnest Winfree; and it is further

**ORDERED** that the requirement of Certification of Compliance with 11 U.S.C. §1328 is hereby waived as to Earnest Winfree; and it is further

**ORDERED** that the Clerk shall mail copies of this Order, once entered to all parties on the attached service list.

Date: Sep 15 2015        /s/ Kevin R. Huennekens

Amanda Erin DeBerry (VSB #83805)
Boleman Law Firm, P.C.
2104 West Laburnum Ave, Suite 201
Richmond, Virginia 23227
(804) 358-9900
Counsel for the Debtors

United States Bankruptcy Judge

Entered on Docket: Sep 16 2015

I ask for this:

/s/ Amanda Erin DeBerry
Amanda Erin DeBerry (VSB #83805)
Counsel for Debtor
Boleman Law Firm, P.C.
2104 West Laburnum Ave, Suite 201
Richmond, Virginia 23227
(804) 358-9900
Counsel for the Debtors

## CERTIFICATION

I certify that this Order has been endorsed by all necessary parties.

By: /s/ Amanda Erin DeBerry
Counsel for Debtors

## Service List

Office of the United States Trustee
701 East Broad Street
Suite 4304
Richmond, VA 23219

Carl M. Bates, Trustee
Post Office Box 1819
Richmond, Virginia 23218

Dorothy Winfree
1712 Fox Creek Circle
Richmond, Virginia 23238

Boleman Law Firm
Post Office Box 11588
Richmond, Virginia 23230-1588